| | |
|---|---|
| 1 | J Christopher Jorgensen |
| | Nevada Bar No. 5382 |
| 2 | LEWIS ROCA ROTHGERBER CHRISTIE LLP |
| | 3993 Howard Hughes Pkwy, Suite 600 |
| 3 | Las Vegas, NV 89169-5996 |
| | Tel: (702) 949-8200 |
| 4 | Email: cjorgensen@lewisroca.com |

Radha Sathe Manthe [*PHV*]
Georgia Bar No. 595908
Aaron Parks [*PHV*]
Georgia Bar No. 224347
KING & SPALDING LLP
1180 Peachtree St. NE, Suite 1600
Atlanta, Georgia 30309

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| MICHELLE SOROM,<br><br>          Plaintiff,<br><br>vs.<br><br>COLOPLAST CORP., a Delaware Corporation; COLOPLAST MANUFACTURING US, LLC, a Delaware Corporation,<br><br>          Defendants. | Case No.: 2:19-cv-00866-RFB-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

      Plaintiff, Michelle Sorom ("Plaintiff"), and Defendants, Coloplast Corp., and Coloplast Manufacturing US, LLC ("Coloplast") have resolved all claims, disputes, and differences between the Parties. Therefore, Plaintiff and Coloplast, by and through their respective attorneys of record, and subject to the court's approval, respectfully request dismissal of the above-captioned matter with prejudice under FRCP 41(a) of the entire action.

114980490.1

Plaintiff and Coloplast shall bearing their own attorneys' fees and costs incurred in this action.

Dated this 13th day of July, 2021                    Dated this 13th day of July, 2021


/s/ Peter C. Wetherall                               /s/ J Christopher Jorgensen
Peter C. Wetherall                                   J Christopher Jorgensen
WETHERALL GROUP, LTD.                                Nevada Bar No. 5382
9345 W. Sunset Road, Suite 100                       LEWIS ROCA ROTHGERBER CHRISTIE LLP
Las Vegas, Nevada 89148                              3993 Howard Hughes Pkwy, Suite 600
                                                     Las Vegas, NV 89169-599
Adam D. Peavy, Esq.
ADAM D. PEAVY, PC                                    Radha Sathe Manthe [PHV]
217 Fleetway Drive                                   Georgia Bar No. 595908
Houston, Texas 77024                                 Aaron Parks [PHV]
                                                     Georgia Bar No. 224347
*Attorneys for Plaintiff*                            KING & SPALDING LLP
                                                     1180 Peachtree St. NE, Suite 1600
                                                     Atlanta, Georgia 30309

                                                     *Attorneys for Defendants*

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to the stipulation of the Parties, under FRCP 41(a), respectfully request dismissal of the above-captioned matter with prejudice of the entire action. Plaintiff and Coloplast will bear their own attorneys' fees and costs incurred in this action.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

DATED:   July 14, 2021

114980490.1